FILED
2024 Oct-08 PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## JASPER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **HEATHER LASHA CRAIG** | ) | |

## INFORMATION

The United States Attorney charges that:

## INTRODUCTION

At all times relevant to this Information:

1. Defendant **HEATHER LASHA CRAIG** served as a correctional officer with the Walker County Sheriff's Department at the Walker County Jail in Jasper, Alabama, within the Northern District of Alabama.

2. As a correctional officer, defendant **HEATHER LASHA CRAIG** was responsible for the custody, control, care, and safety of inmates and pre-trial detainees at the Walker County Jail.

3. On or about January 12, 2023, through January 26, 2023, defendant **HEATHER LASHA CRAIG** was on duty in her official capacity at the Walker County Jail.

4. Individual #1 was a 33-year-old pre-trial detainee incarcerated at the Walker County Jail from on or about January 12, 2023, through January 26, 2023.

## COUNT ONE 18 U.S.C. § 242
### (Deprivation of Rights Under Color of Law)

5. On or about January 12, 2023, until on or about January 26, 2023, in Walker County, within the Northern District of Alabama, the defendant,

## HEATHER LASHA CRAIG

while acting under color of law, willfully deprived Individual #1 of his right to be free from the deprivation of liberty without due process of law, which includes the right to be free from unconstitutional conditions of confinement.

All in violation of Title 18, United States Code, Section 242.

**PRIM F. ESCALONA**

United States Attorney


  10/07/24   /s/ Electronic Signature
DATE **MICHAEL A. ROYSTER**
Assistant United States Attorney